```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
```

POINT SERVICE CORPORATION,

      Plaintiff,

v.                                 MISCELLANEOUS NO. 3:09-0145
                                  (U.S. Bankruptcy Nos.
PRITCHARD MINING COMPANY, INC.,  3:09-ap-03006; 3:09-bk-30018)

      Defendant.

-------------------------------------------------------------------------------

PRITCHARD MINING COMPANY, INC.,

      Plaintiff,

v.                                 CIVIL ACTION NO. 2:09-0769

DOUG BROWN, an individual,
POINT SERVICE CORPORATION, a
West Virginia corporation, and
POINT SERVICE COAL SALES, INC.,
a West Virginia corporation,

      Defendants,

DOUG BROWN, an individual,
POINT SERVICE CORPORATION, a
West Virginia corporation, and
POINT SERVICE COAL SALES, INC.,
a West Virginia corporation,

      Third-Party Plaintiffs,

v.

LAW RIVER COMPANY, INC., a
West Virginia limited liability company,
EURO-AMERICAN COAL TRADING, INC.,
a New York corporation, and
THEODORE SOHNEN,

      Third-Party Defendants.

-------------------------------------------------------------------------------

**POINT SERVICE CORPORATION,**

    Appellant,

v.                                        CIVIL ACTION NO. 3:10-0373
                                                 (U.S. Bankruptcy Court Nos.
**PRITCHARD MINING COMPANY, INC.,**    3:09-ap-03006; 3:09-bk-30018)

    Appellee.


### MEMORANDUM OPINION AND ORDER

    On March 31, 2010, the court affirmed the August 31, 2009, amended order of the bankruptcy court in Civil Action No. 3:10-0373; denied Point Service's Motion to Withdraw Reference and Consolidate Adversary Proceeding in Miscellaneous Case 3:09-0145; and granted in part Pritchard's Motion to Dismiss, or in the Alternative, Motion to Abstain or Remand in Civil Action No. 2:09-0769.  Pursuant to the court's March 31 Memorandum Opinion and Order, the Clerk is **DIRECTED** to remove these actions from the court's active docket.

    It is **SO ORDERED** this 17th day of May, 2010.

                                                        ENTER:

                                                       David A. Faber
                                                       Senior United States District Judge